U.S. DIST. COURT EAST DIST WISC
FILED
AUG 17 2012
AT _____ O'CLOCK ___ M
JON W. SANFILIPPO, CLERK

11-CR-193

Your Honor,                                                                                     August 15, 2012

I understand that you are very busy throughout the day, so I will try to make this letter as brief as possible. I wrote you a letter a few months back asking you to consider bail, you responded, telling me that bail would have to be heard in front of the Magistrate, because of where everything stands as far as process.

Well, this week makes it a whole year since I've been incarcerated, and we are still fighting the search warrant with no future court dates on the calendar. Every bail motion that has been put in before Callahan has been denied and I don't understand why. From my understanding an individual is supposed to be "innocent until proven guilty" and if that's the case why do I feel as if I'm "guilty until proven innocent." Your Honor even a suspected murderer is given bail. Why am I being denied?

I pray that you are going through everything with a "fine tooth comb." And I pray God opens your eyes to the deception on behalf of both the MPD & the FBI. Despite a badge and a position people are still people and will lie if they have something to gain or hide, and I'm not trying to insult your intelligence, I'm positive you know that. I would like just to be treated fairly and justly. The 8th Amendment states that "excessive bail should not be required." But yet I am denied bail.

I have 4 children, 3 of which cry everyday and night asking "when is daddy coming home." The 4th I have yet to hold, touch, kiss, or just be blessed to tuck in at night. I have been there for my children everyday of their lives until this happened.

①→

I'm not asking for your sympathy I'm just asking for fairness. Something I think you are the only one who has shown it to me since this whole mess started.

Again they have lied and manipulated at every turn looking for any way to trap me. When truth be told when has the FBI ever had to do so much to get someone? I sit here in this facility everyday and over-hear these guys in here plotting and coming up with stories to tell certain D.A.'s so they can go home get a lesser sentence or come back for a time cut. How is that even allowed? Especially when I know for a fact the information doesn't have to be true as long as at least 2 confirm and 1 corroborate. That's not right.

Families are being destroyed, and these (well some) D.A.'s don't care and have no regards for the families. All for the sake of a bonus? Or a promotion? I'm not sure, but I know God sees all and knows all. I said I would keep this brief, and I'm sorry this is way longer than I intended I just have a lot on my heart and mind and it started to spill out. All I ask for is bail your honor. I'm hurting just seeing my kids hurt, that is the hardest part of this whole ordeal. I know I will be exonerated in the end, but until we reach that point I would just like to be able to be with my kids.

I know its the D.A.'s job to paint a certain picture of me to the courts, but I can honestly say I am not the guy they try to say I am. I have friends that work for both the ~~~~ Sheriff's & the MPD that could vouch as well as creditable business associates, not only in Milwaukee but around the

nation. Your Honor, its no coincidence that the MPD is under so much heat. Particularly the Detective Rudy Gomez the one who wrote the bogus search warrant for my ~~####~~ home. I've seen the news and read the articles about his mis-haps, but nevertheless I just pray for him. You said that I needed to have my legal counsil endorse my request for bail, but it is so hard to get a hold of them. If there is anything I need to do for bail I would like to know. Thank you for your time.

Respectfully,

*[signature]*

Tyrone McMillian
12/07/1981