# United States District Court
## Eastern District of Wisconsin

William E. Callahan, Jr.
United States Magistrate Judge

U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-1664
(414) 297-1453 (Fax)

August 20, 2012

Gerald Boyle
Boyle Boyle & Boyle SC
2051 W. Wisconsin Ave.
Milwaukee, WI 53233

RE: *United States v. Tyrone McMillian*
Case No. 11-CR-193

Dear Mr. Boyle:

On August 20, 2012, Judge Callahan reviewed a letter from your client, Tyrone McMillian. Judge Callahan asked that I forward a copy of the letter so you are aware of its being filed and so that you can address its contents as you deem appropriate.

                                Sincerely,

                                Elizabeth Champeau
                                Law Clerk to the Honorable William E. Callahan

Enclosure
cc: Tyrone McMillian
    Joseph Wall
    Melvin Washington