U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2013 APR 30 P 4: 24
SOFRON B. NEDILSKY
CLERK

Your Honor,    April 28, 2013

I am writing this letter to bring to your attention a few issues & concerns I currently have. Some of these issues you might be aware of & some I doubt you are.

One issue I am having is with the jury questionaire. Some of the questions look like they are cheap manipulation tricks. Questions like "Do you think under age prostitution should be legal?" And other similar questions. It looks as if the D.A. is trying to put a preconceived notion in the minds of the jury. Prehaps to have them coming into the court room with a bias attitude against me. It looks like he is trying to "coerce" the jury to side with him before the trial even begins.

Another issue I have is; I was informed by my lawyer the D.A. Joe Wall stated that one of the so called witnesses said that she never did "anything" with me or for me & he further stated that, that charge was a "BS" charge. And that being the case, why am I still charged with those counts involving her?

I know that the D.A. has not been completely honest with you. I know that he has lied, manipulated, & even tried to mislead the courts concerning me. He is quick to mention that a large sum of money was found at my home, but what he fails to mention is the fact that it was withdrawn from my Chase Bank Account & there's proof of where the money came from. He can not tie the money to any illegal activity. Having large amounts of money in a home or on a person is not illegal. The alleged crimes are from 06, 07, 08, '09. He never mentions that the money was

made in 2011. And that leads me to another issue. If these so called crimes were done in 06', 07', 08' & 09'. Then why did they wait until 2011 to arrest me. There wasn't any new developements what took so long.

In fact I know exactly why. For one your honor. In 2009 a guy by the name of Tod Carter was indicted & in 2010 you sentenced him to 25yrs. In an attempt to get out of trouble or prehaps get a time cut, Tod Carter gave false information about me. Some of which is false info claiming I was involved in a double homicide. Which I was not!

So, in 2011 when the MPD caught wind of my success, they then conspired against me. They looked for any reason to get into my home & they used that old, dated, false info from Tod Carter as a reason. The search warrant was unlawful. You ruled that due to "Good Faith" of the officer. It was good. "Good Faith"?

The officer stated that when he noticed he put the wrong address on the warrant, he called the judge. But no evidence of that call was presented. I know that the FBI & MPD & other such agencies look out for their own kind, but isn't right-right? & wrong-wrong?

I also have been made aware that the D.A. & agents involved in this used scare tatics on these so called witnesses. Threatening them with prison time if they don't or didn't agree to testify against me. I understand that the D.A. wants me to be guilty. But I wonder if he ever stopped to think just what if Tyrone McMillian

(2)

is innocent? What happens when all these lies of these so called witnesses & the D.A. come to light?

I've been held without bail for 20+ months. I've lost almost 2 yrs of my life based on lies. 2 yrs. I can't get back. I've been denied bail, on the presumption that I am "a threat to the community" but where was the burden of proof?

So now, here we are approaching trial, which I am looking forward to. For one because I finally get to face all the lies told about me. I've suffered embarrassment, humiliation, & shame, & I want nothing more right now than to clear my name, get home to my children & move on with my life.

I pray that the trial date is not pushed back again. However, if it is I would like bail to be considered. The D.A. has not been honest with you nor himself. & I believe that if certain details were to be made known to you, he probably would reconsider pursuing me. I understand his job is to prosecute & maybe D.A.'s assume every one is guilty, but the law cleary states "presumed innocent until proven guilty. But I feel I'm being railroaded.

Maybe he has something to prove, or maybe he's trying to make a name for himself. I'm not sure. Maybe he doesn't care if I'm innocent or not maybe all he cares about is another conviction so he'll try anything. even if it is manipulation, or coerceing, or "bending" the law for his benefit.

I know & I am fully aware that individuals facing similar situations are judged off of black & white text. But the things said about

ME IS NOT WHO I AM, DESPITE HOW BAD THE D.A. WANTS IT TO BE. YES I HAVE A CRIMINAL BACKROUND, BUT I PAID MY DEBT TO SOCEITY & WITH THE EXCEPTION OF TRAFFIC TICKETS I'VE STAYED OUT OF TROUBLE. NOW, I UNDERSTAND THE TRAFFIC TICKETS CAN MAKE ME LOOK DEFIANT & I ACCEPT THE RESPONSIBILTY OF MY ACTIONS, BUT ITS JUST SOME THINGS I'M NOT GUILTY OF & IN TIME THAT WILL BE MADE CLEAR.

RESPECTFULLY,

*[signature]*

TYRONE MCMILLIAN