AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Eastern** DISTRICT OF **Wisconsin**

USA v. McMillian

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 11-CR-193

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| C. N. Clevert, Jr. | Joe Wall | Gerry Boyle |
| TRIAL DATE(S) Sentencing 11/6/13 | COURT REPORTER FTR Gold | COURTROOM DEPUTY Kris Wilson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 105 | | 11/6/13 | | ✓ | Pak's Jewelers Receipt 41767. Watch |
| 106 | | " | | ✓ | Form 8300. Report of Cash Pymts > $10K |
| 107 | | " | | ✓ | Photo of Men's Breitling Watch |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

<sup>Case 2:11-cr-00193-CNC Filed 11/12/13 Page 1 of 1 Document 106</sup>

Page 1 of _____ Pages